COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:         Sunbelt Securities, Inc., Jeanine Fisher, Cheryl Brown &
The Fisher Group v. David Mandell & Raymond J. Black,
Administrator of the Estate of William Mandell, Deceased

Appellate case number:     01-21-00209-CV

Trial court case number:    473747-402

Trial court:              Probate Court No. 1 of Harris County

On April 28, 2021, appellants, Sunbelt Securities, Inc., Jeanine Fisher, Cheryl Brown, and The Fisher Group (the "Sunbelt appellants"), filed a notice of appeal from the trial court's April 9, 2021 order denying appellants' motion to compel arbitration. On May 3, 2021, the Sunbelt appellants collectively filed an "Emergency Motion for Stay Pending Appeal of Order Denying Arbitration," requesting that this Court stay the trial court proceedings "including all pre-trial proceedings and discovery, pending appeal to the extent the trial proceedings touch or are related to [a]ppellee David Mandell's and [a]ppellee Administrator Raymond J. Black's claims against" the Sunbelt appellants.

On May 10, 2021, appellee, David Mandell, filed a response in opposition to the Sunbelt appellants' emergency motion for stay. Also on May 10, 2021, appellee, Raymond J. Black, Jr., permanent administrator of the Estate of William Mandell, filed a response in opposition to the Sunbelt appellants' emergency motion for stay.

The Sunbelt appellants' emergency motion for stay is **granted**. *See* TEX. R. APP. P. 29.3 (appellate court may make temporary orders necessary to preserve parties' rights pending disposition of interlocutory appeal); *In re Geomet Recycling LLC*, 578 S.W.3d 82, 87 (Tex. 2019) (noting that Texas Rule of Appellate Procedure 29.3 provides appellate court authority to issue stay orders); *PlainsCapital Bank v. Krasovec*, No. 03-19-00808-CV, 2020 WL 1071363, at *1 (Tex. App.—Austin Mar. 5, 2020, order), *disp. on merits*, No. 03-19-00808-CV, 2020 WL 3163774, at *1 (Tex. App.—Austin June 5, 2020, no pet.) (granting emergency motion to stay underlying proceedings pending appeal of order denying motion to compel arbitration).

The proceedings in the trial court case number 473747-402, related to claims asserted against the Sunbelt appellants, are **stayed**, including counts IV, V, VI, VII, VIII,

IX, X, XI, XII, XIII, and XIV in appellee's Third Amended Petition and Application for Temporary Restraining Order and Temporary and Permanent Injunctions. This stay is only in connection with the above-specified claims to the extent they "touch or are related to" the Sunbelt appellants. This order does not stay or otherwise impact the trial court proceedings, including any claims or causes of action against any other party. This stay shall be in effect until the disposition of this appeal or until further order of this Court.

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____
☑ Acting individually     ☐ Acting for the Court

Date: ___May 18, 2021____